**MCGUIREWOODS LLP**
E. CHRISTINE HEHIR SBN 201969
chehir@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| RICHARD NASSAR, | Case No. 5:19-cv-00377-JFW-SHK |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| v. | |
| BANK OF AMERICA, N.A., | Complaint Filed: February 27, 2019 |
| Defendant. | Honorable John F. Walter |

**TO THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff RICHARD NASSAR  and Defendant BANK OF AMERICA, N.A. (collectively, the "Parties"), hereby notify the Court that the Parties have reached a settlement of the above-captioned matter, subject to the preparation and execution of a formal, long-form settlement agreement, which has been drafted and the Parties are in the process of signing.  The Parties anticipate filing a dismissal within 30 days, once the settlement is finalized.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 2, 2019 | **MCGUIREWOODS LLP** |
| 3 | | By: /s/ *E. Christine Hehir* |
| 4 | | E. Christine Hehir |
| 5 | | Attorneys for Defendant |
| 6 | | BANK OF AMERICA, N.A. |
| 7 | | |
| 8 | DATED: May 2, 2019 | By: /s/ *Richard Nassar* |
| 9 | | Richard Nassar |
| 10 | | Plaintiff, *pro se* |

2

CASE NO. 5:19-cv-00377-JFW-SHK

JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ E. Christine Hehir*
E. CHRISTINE HEHIR

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, the foregoing **JOINT NOTCE OF SETTLEMENT OF ENTIRE CASE** was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

In addition, on May 2, 2019, a copy of the above-described document was served on the following party without a registered ECF email addresses *via* postage-paid First Class U.S. Mail by placing a true and correct copy thereof into a sealed envelope addressed as follows:

*Plaintiff, pro se:*

Richard Nassar
11090 Seven Pines Drive
Alta Loma, CA 91737

/s/ E. Christine Hehir
E. Christine Hehir